LINDSAY KOROTKIN (*Pro Hac Vice Pending*)
lindsay.korotkin@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant
WARNER BROS. ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAT PACK FILMPRODUKTION GMBH, a German limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RATPAC ENTERTAINMENT, LLC, a Delaware limited liability company; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:23-cv-4790-MEMF (ASx)**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Date Action Filed: June 19, 2023<br>Complaint Served: June 21, 2023<br>Current Response Date: July 12, 2023<br>New Response Date: August 11, 2023 |

WHEREAS, Plaintiff Rat Pack Filmproduktion GMBH ("Plaintiff") commenced this action on June 19, 2023, by filing a Complaint with the United States District Court, Central District of California;

WHEREAS, Plaintiff served Defendant Warner Bros. Entertainment, Inc. ("Defendant") with the Complaint and Summons on June 21, 2023;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant is required to serve its answer and/or respond to the Complaint by July 12, 2023;

WHEREAS, Defendant has requested and Plaintiff has agreed to an

extension of Defendant's time to answer or otherwise respond to the Complaint from July 12, 2023, through and including, August 11, 2023;

    WHEREAS, this is Defendant's first request to extend time to respond to the initial Complaint;

    NOW, THEREFORE, by and through their respective counsel of record, Plaintiff and Defendant hereby stipulate and agree that Defendant's answer and/or response to the initial Complaint shall be due on August 11, 2023.

    IT IS SO STIPULATED.

Dated: July 5, 2023    **ROSS LLP**

By: */s/ Eric C. Lauritsen*
Peter W. Ross
Charles Avrith
Eric C. Lauritsen
Attorneys for Plaintiff
RAT PACK FILMPRODUKTION GMBH

Dated: July 5, 2023    **ARENTFOX SCHIFF LLP**

By: */s/ Jessica B. Do*
Lindsay Korotkin
Jessica B. Do
Attorneys for Defendant
WARNER BROS. ENTERTAINMENT, INC.

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories hereto have authorized the filing.

By: */s/ Jessica B. Do*
Jessica B. Do