# Exhibit B

# Eric Lauritsen

| | |
|---|---|
| **From:** | Do, Jessica <jessica.do@afslaw.com> |
| **Sent:** | Tuesday, July 18, 2023 8:53 PM |
| **To:** | Eric Lauritsen |
| **Cc:** | Lupo, Anthony; Mills, Matt; Korotkin, Lindsay; Charles Avrith; Peter Ross; Julie Reid Ware; Rich, Linda |
| **Subject:** | RE: RAT PACK FILMPRODUKTION GMBH v. RATPAC ENTERTAINMENT, LLC, ET AL. |

Hello Eric,

We do not represent RatPac and do not know who is representing them.

Best regards,
Jessica



**Jessica B. Do**
ASSOCIATE | ARENTFOX SCHIFF LLP

jessica.do@afslaw.com | 213.443.7585 **DIRECT**

Website | LinkedIn | Subscribe

555 West Fifth Street, 48th Floor, Los Angeles, CA 90013

---

**From:** Eric Lauritsen <elauritsen@rossllp.la>
**Sent:** Tuesday, July 18, 2023 9:50 AM
**To:** Do, Jessica <jessica.do@afslaw.com>
**Cc:** Lupo, Anthony <avlupo@afslaw.com>; Mills, Matt <matthew.mills@afslaw.com>; Korotkin, Lindsay <lindsay.korotkin@afslaw.com>; Charles Avrith <cavrith@rossllp.la>; Peter Ross <pross@rossllp.la>; Julie Reid Ware <jware@rossllp.la>; Rich, Linda <Linda.Rich@afslaw.com>
**Subject:** RE: RAT PACK FILMPRODUKTION GMBH v. RATPAC ENTERTAINMENT, LLC, ET AL.

Jessica,

Your office does not represent RatPac, correct?  Are you aware of another office that does?

Thanks,
Eric

**From:** Do, Jessica <jessica.do@afslaw.com>
**Sent:** Wednesday, July 5, 2023 5:26 PM
**To:** Eric Lauritsen <elauritsen@rossllp.la>
**Cc:** Lupo, Anthony <avlupo@afslaw.com>; Mills, Matt <matthew.mills@afslaw.com>; Korotkin, Lindsay <lindsay.korotkin@afslaw.com>; Charles Avrith <cavrith@rossllp.la>; Peter Ross <pross@rossllp.la>; Julie Reid Ware <jware@rossllp.la>; Rich, Linda <Linda.Rich@afslaw.com>
**Subject:** RE: RAT PACK FILMPRODUKTION GMBH v. RATPAC ENTERTAINMENT, LLC, ET AL.