UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 23-04790-MEMF-(ASx): | Date | December 14, 2023 |
| Title | Rat Pack Filmproduktion GMBH v. Ratpac Entertainment, LLC et al | | |

PRESENT: **HONORABLE MAAME EWUSI-MENSAH FRIMPONG**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Daniel Tamayo | C/S 12/14/2023 |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: Charles Avrith, Eric Lauritsen

ATTORNEYS PRESENT FOR DEFENDANT: Deft Ratpac: Charles Shephard; Deft Warner Bros: Lindsay Korotkin

**PROCEEDINGS:** **ZOOM - Motion to Dismiss Case filed by Defendant Ratpac Entertainment, LLC. [27]**
**Request for Judicial Notice re MTD [28]**
**Motion to Dismiss Case filed by Defendant Warner Bros. Entertainment, Inc. [33]**
**ZOOM**

Case is called and counsel make their appearances. Motion hearings are held. The Court hears oral argument from the parties. For the reasons stated on the record, the Court takes the Motions under submission.

: 46

Initials of Deputy Clerk dt