ROSS LLP
Peter W. Ross (State Bar No. 109741)
pross@rossllp.la
Charles Avrith (State Bar No. 96804)
cavrith@rossllp.la
Eric C. Lauritsen (State Bar No. 301219)
elauritsen@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

Attorneys for Plaintiff
RAT PACK FILMPRODUKTION GMBH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

RAT PACK FILMPRODUKTION GMBH, a German limited liability company,

Plaintiff,

v.

RATPAC ENTERTAINMENT, LLC, a Delaware limited liability company; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

Case No. 2:23–cv–04790 MEMF (ASx)

District Judge Maame Ewusi–Mensah Frimpong
Magistrate Judge Alka Sagar

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rat Pack Filmproduktion GmbH hereby dismisses with prejudice the complaint and all causes of action asserted therein against all defendants.

DATED: June 24, 2025

ROSS LLP
Peter W. Ross
Charles Avrith
Eric C. Lauritsen

By: ______________________
Peter W. Ross
Attorneys for Plaintiff
Rat Pack Filmproduktion GmbH